No. 89–5239.   Lewis v. United States.   C. A. 5th Cir. Certiorari denied.

No. 89–5240.   Leavitt v. Vasquez, Warden.   C. A. 9th Cir. Certiorari denied.

No. 89–5242.   Walker v. Missouri.   Sup. Ct. Mo.   Certiorari denied.

No. 89–5243.   Jacobowitz, aka Rice, aka Schlesinger v. United States.   C. A. 2d Cir.   Certiorari denied.

No. 89–5246.   Kirk v. United States.   C. A. 4th Cir.   Certiorari denied.

No. 89–5247.   Carmona v. Butler, Warden.   C. A. 5th Cir. Certiorari denied.

No. 89–5248.   MacGuire v. Rasmussen et al.   C. A. 4th Cir.   Certiorari denied.

No. 89–5250.   Velasquez-Mercado v. United States. C. A. 5th Cir.   Certiorari denied.

No. 89–5251.   Stevenhagen v. Boltz.   C. A. 6th Cir.   Certiorari denied.

No. 89–5255.   Dempsey v. Massachusetts.   C. A. 1st Cir. Certiorari denied.

No. 89–5258.   Quarles v. Michaelson.   C. A. 3d Cir.   Certiorari denied.

No. 89–5259.   Pucci v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 89–5261.   Delossantos v. Connecticut.   Sup. Ct. Conn.   Certiorari denied.

No. 89–5262.   Davis v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 89–5264.   Riva v. Getchell et al.   C. A. 1st Cir.   Certiorari denied.